

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL ACTION NO.: 6:18CR11 |
| v. | |
| FABIAN PINEDA, | |
| Defendants. | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Tom A. Peterson, IV counsel for Defendant Fabian Pineda, for the dates of July 5, 2019 and July 8 through and including July 10, 2019. (Doc. 51.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 11th day of April, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA