UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| v. | ] |
| | ] CASE NO. 6:18CR11 |
| FABIAN PINEDA. | ] |

ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Tom A. Peterson IV, counsel for Fabian Pineda in the above-styled case, filed his Motion for Leave of Absence herein in which he properly requested leave of absence from this Court for the period of time covering June 17-21, 2019 for family vacation.

It is hereby ordered and adjudged that said Motion for Leave of Absence is granted regarding the foregoing dates.

So ordered, this 19th day of April, 2019.

_____
Judge, United States District Court
Southern District of Georgia

Order prepared by:

Tom A. Peterson IV
GA Bar No. 574545
Attorney for Fabian Pineda
The Law Firm of Tom A. Peterson IV, LLC
P.O. Box 2037
104 South West Main Street
Vidalia, Georgia 30475
(o) 912.537.6388
(f) 912.537.6391
Email: tom@petersonfirm.net

1